IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Howard C. Chinn | Chapter 13 |
| Debtor(s) | Bky.No. 20-10478 MDC |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my Entry of Appearance on behalf of Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania was served on the following parties by CM/ECF electronic filing and/or regular mail on the date set forth below.

| | |
|---|---|
| Alan B. Liss, Esquire | William C. Miller, Esquire |
| bnklaw@aol.com | ecfemails@ph13trustee.com |
| Debtor(s) Attorney | Trustee |
| Via CM/ECF electronic filing | Via CM/ECF electronic filing |

**Dated**: January 31, 2020                    /s/ Mary F. Kennedy, Esquire